| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 09-70682-SWR |
| JOSEPH CHAMBERS, | JUDGE STEVEN W RHODES |
| DEBORAH CHAMBERS | |
| Debtors. | |
| _____/ | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires copies of debtor's Business Documents for J.B.D Properties, LLC, including:

    a. Copies of federal and state tax returns including the quarterly income tax withholding returns, along with all supporting schedules, for at least the two years preceding the filing;

    b. Copies of financial statements for the two years preceding the filing of the petition, including, but not limited to the balance sheet, income statement and cash flow statement;

    c. Current books and records of the business, including checks and check registers;

    d. Monthly profit and loss statements for at least the year preceding the filing;

    e. Current schedule of accounts receivable and accounts payable;

    f. List of assets;

    g. Rental agreements (corporate and personal);

    h. Current insurance policies.

2. Trustee questions debtor wife's valuation of her interest in J.B.D. Properties, LLC and requests recent real property tax bills with State Equalized Value statement any other documentation upon which debtor relies for properties located at 3618 Page Avenue, 3620 Page Avenue, 308 Broad Street and 3950 Olvet and 5080 Shrodrad.

3. Based upon the J.B.D. Properties, LLC bank statements provided, it appears debtor has overstated the income disclosed on Schedule I. As such, Trustee questions the feasibility of debtor's Chapter 13 Plan.

4. Based upon the debtor husband's business income verification provided, it appears debtor has overstated the income disclosed on Schedule I. As such, Trustee questions the feasibility of debtor's Chapter 13 Plan.

5. Trustee requests copies of last deeds of records or title searches for real property that debtor has an interest in including 9 Coronado Drive, Jackson, MI; 10 Coronado Drive, Jackson, MI; 336 Broad Street, Michigan Center, MI; 308 Broad Street, Michigan Center, MI; 3950 Olvet; 3620 Page Avenue, Jackson, MI; and 5080 Shrodrad.

6. Trustee requests documentation of the transfer disclosed in paragraph 10 of the Statement of Financial Affairs as it may affect the best interest of creditors pursuant to 11 U.S.C. § 1325(a)(4).

7. Under the ruling of In re Hardy, 755 F2d 75(CA6 1985), the debtor must provide interest to unsecured creditors. The Trustee is requiring 7% to **all** unsecured creditors in the Chapter 13 Plan.

8. The Trustee objects to the following expenses of the debtor(s) (Schedule J) as excessive and unreasonable affecting the net disposable income available to fund the Plan in contravention of 11 USC 1325(a)(3) and/or 11 USC 1325(b):

   a. Transportation - $508.48

   b. Disability & accident insurance - $281.00

   c. Taxes, insurance, repairs on J.B.D houses - $1,772.00

   d. Business expenses for the rental property –

      (i) Utilities - $275.00

      (ii) Repairs & maintenance - $125.00 (It appears that debtors have double accounted for this expenses.)

      (iii) Insurance - $500.00 (It appears that debtors have double accounted for this expenses.)

      (iv) Property taxes - $814.00 (It appears that debtors have double accounted for this expenses.)

   e. Business expenses for the construction business –

      (i) Utilities - $204.00

      (ii) Vehicle expenses - $512.67

      (iii) 1099 labor - $1,283.33

Trustee also requires verification of the above listed expenses.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

December 22, 2009              /s/Margaret Conti Schmidt
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| | CASE NO. 09-70682-SWR |
| JOSEPH CHAMBERS, | JUDGE STEVEN W RHODES |
| DEBORAH CHAMBERS | |
| Debtors. | |
| _____/ | |

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

MARRS & TERRY PLLC
6553 JACKSON RD
ANN ARBOR, MI 48103-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

JOSEPH CHAMBERS
DEBORAH CHAMBERS
9 CORONADO DRIVE
JACKSON, MI 49201-0000

December 23, 2009         /s/Barbara A. Ecclestone
                          Barbara A. Ecclestone
                          For the Office of the Chapter 13 Trustee-Detroit
                          719 Griswold Street
                          1100 Dime Building
                          Detroit, MI 48226
                          (313) 962-5035
                          notice@det13ksc.com