UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

Joseph & Deborah Chambers,　　　　　　　　　Case No. 09-70682-SWR
　　　　　　　　　　　　　　　　　　　　　　Honorable Steven W. Rhodes
　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　Debtors.
_____/

### ORDER RESOLVING FREEDOM MORTGAGE'S OBJECTION AND GRANTING DEBTORS' MOTION TO ALLOW DEBTORS TO SELL REAL PROPERTY LOCATED AT 336 BROAD MICHIGAN CENTER, MICHIGAN 49254

　　　This matter having come before the Court on the Debtors' Motion to Allow Debtors to Sell Real Property Located at 336 Broad Michigan Center, Michigan 49254, which was presented to this Court pursuant to LBR 9014-1, an objection being received from Freedom Mortgage Corporation, and no other parties having file a response, Freedom Mortgage Corporation and the Debtors having stipulated to resolve Freedom Mortgage Corporation's Objection, and the court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

　　　1.) Debtors may sell the property located at 336 Broad St. Michigan Center, Michigan 49254-1330 pursuant to the terms of this order.

　　　2.) If the Debtors receive any proceeds after payment in full of the existing mortgage and any obligation attached to the home located at 336 Broad St. Michigan Center, Michigan 49254-1330, the Debtors shall remit 100% of those funds to the Chapter 13 Trustee, Krispen S. Carroll, for the benefit of their creditors.

　　　3.) The prior mortgage with Freedom Mortgage Corporation shall be fully redeemed prior to March 23, 2010 or this Order shall be void.

　　　4.) Debtors shall provide the Trustee with copies of the sales documents evidencing the terms of the sale within 15 days of closing.

.

**Signed on December 28, 2009**

　　　　　　　　　　　　　　　　　　　　　　_____/s/ Steven Rhodes_____
　　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**