Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **09−70682−swr**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Joseph Chambers                                 Deborah Chambers
   dba Joe Chambers Construction        aka Deborah Phelps
   9 Coronado Drive                          9 Coronado Drive
   Jackson, MI 49201                       Jackson, MI 49201

Social Security No.:
   xxx−xx−8918                                   xxx−xx−8808

Employer's Tax I.D. No.:

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that on **2/10/10** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 2/10/10

                                           BY THE COURT

                                           Katherine B. Gullo , Clerk of Court
                                           UNITED STATES BANKRUPTCY COURT